# United States Court of Appeals

## For the Eleventh Circuit

**FILED**

RECEIVED

2002 APR -1 A 11: 34

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

No. 01-12835

_____

District Court Docket No.
00-01308-CV-T-E

HAROLD L. LAUDERDALE,

Plaintiff-Appellant,

JOHNSTON INDUSTRIES, INC.,

Defendant-Appellee.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Feb 7, 2002

THOMAS K. KAHN
CLERK

APR 01 2002

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

----------------------------------------------------------------

Appeal from the United States District Court
for the Middle District of Alabama

----------------------------------------------------------------

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE

MAR 29 2002

U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:      February 7, 2002
For the Court:   Thomas K. Kahn, Clerk
By:      Meoli, Anthony

3.