RECEIVED
2002 APR -1 A 11: 34
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

FILED
APR 0 1 2002
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# United States Court of Appeals
## For the Eleventh Circuit

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Feb 7, 2002
THOMAS K. KAHN
CLERK

No. 01-12835

District Court Docket No.
00-01308-CV-T-E

HAROLD L. LAUDERDALE,

    Plaintiff-Appellant,

JOHNSTON INDUSTRIES, INC.,

    Defendant-Appellee.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: Deputy Clerk
Atlanta, Georgia

Appeal from the United States District Court
for the Middle District of Alabama

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: February 7, 2002
For the Court: Thomas K. Kahn, Clerk
By: Meoli, Anthony

ISSUED AS MANDATE
MAR 2 9 2002
U.S. COURT OF APPEALS
ATLANTA, GA.