IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HAROLD L. LAUDERDALE,        )
    Plaintiff,              )
                            )
v.                           )   CIVIL ACTION NO. 00-T-1308-E
                            )
JOHNSTON INDUSTRIES, INC.,   )
    Defendant.              )

### ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit dated February 7, 2002, wherein the final judgment of this court made and entered herein on May 1, 2001 (Doc. No. 26), was affirmed in part and reversed in part; and upon receipt on April 1, 2002, of the mandate of the United States Court of Appeals for the Eleventh Circuit issued in this cause on March 29, 2002 (Doc. No. 33), it is the

ORDER, JUDGMENT, and DECREE of this court that the final judgment of this court entered herein on May 1, 2001 (Doc. No. 26), is continued in full force and effect as to the "rehire issue" and is vacated as to all other claims, including the dismissed state-law claims. This case shall proceed to jury selection and trial on these claims.

DONE, this the 2nd day of April, 2002.

                        MYRON H. THOMPSON
                        UNITED STATES DISTRICT JUDGE